# Third District Court of Appeal

## State of Florida

Opinion filed March 3, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-271
Lower Tribunal Nos. F07-39881B; F07-39883
_____

**Miguel Benitez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Miguel Benitez, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, LOGUE and GORDO, JJ.

PER CURIAM.

Affirmed.  See Sims v. State, 286 So. 3d 292, 293 (Fla. 4th DCA 2019) (holding that State v. Lewars, 259 So. 3d 793 (Fla. 2018) does not apply retroactively); Hutchins v. State, 45 Fla. L. Weekly D2582 (Fla. 3d DCA Nov. 18, 2020).